# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH PALMER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. C18-5575-RSM<br><br>ORDER DISMISSING CASE |

The Court, after careful consideration of Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable Michelle L. Peterson, and the balance of the record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

(3)　The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Peterson.

DATED this 14 day of May 2019.

　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
PAGE - 1